# UNITED STATES DISTRICT COURT
## Southern District of Florida
### Fort Lauderdale Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **JUDGMENT IN A CRIMINAL CASE** |
| | (For Organizational Defendants) |
| **v.** | |
| | Case Number: **1:19-CR-20177-RAR-2** |
| **EVERGREEN UNITED INVESTMENTS, LLC.,** | |
| **F/K/A USBREI, INC.** | |
| | Counsel for Defendant Organization: **Stuart N. Kaplan** |
| | Counsel for The United States: **Lois A. Foster-Steers** |
| | Court Reporter: **Gizella Baan-Proulx** |

**The Organizational Defendant pleaded guilty to Count 1 of the Indictment.**

The Organizational Defendant is adjudicated guilty of this offense:

| TITLE & SECTION | NATURE OF OFFENSE | OFFENSE ENDED | COUNT |
|---|---|---|---|
| 18 U.S.C. § 1343 | Wire Fraud | September 2014 | 1 |

The Defendant Organization is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the Defendant Organization must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the Defendant Organization must notify the Court and United States Attorney of material changes in economic circumstances.

Defendant Organization's
Federal Employer I.D. No.: None

Defendant Organization's Principal Business Address:

1515 North Federal Highway
Suite 300
Boca Raton, FL 33432

Organization Principal's Mailing Address:
Jean Joseph
18168 Daybreak Drive
Boca Raton, FL 33496

Date of Imposition of Sentence: **3/16/2020**

**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

Date:                    March 16, 2020

DEFENDANT: **Evergreen United Investments, LLC., f/k/a USBREI, INC.**
CASE NUMBER: **1:19-CR-20177-RAR-2**

## PROBATION

The Defendant Organization is hereby sentenced to probation for a term of **One (1) year**.

The Defendant Organization shall not commit another federal, state or local crime.

If this judgment imposes a fine or restitution, it is a condition of supervised release that the Defendant Organization pay in accordance with the Schedule of Payments sheet of this judgment.

The Defendant Organization must comply with the standard conditions that have been adopted by this Court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) Within thirty days from the date of this judgment, the Defendant Organization shall designate an official of the organization to act as the organization's representative and to be the primary contact with the probation officer;

2) the Defendant Organization shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

3) the Defendant Organization shall notify the probation officer ten days prior to any change in principal business or mailing address;

4) the Defendant Organization shall permit a probation officer to visit the organization at any of its operating business sites;

5) the Defendant Organization shall notify the probation officer within seventy-two hours of any criminal prosecution, major civil litigation, or administrative proceeding against the organization;

6) the Defendant Organization shall not dissolve, change its name, or change the name under which it does business unless this judgment and all criminal monetary penalties imposed by this Court are either fully satisfied or are equally enforceable against the Defendant Organization's successors or assignees; and

7) the Defendant Organization shall not waste, nor without permission of the probation officer, sell, assign, or transfer its assets.

USDC FLSD 245B (Rev. 09/08) - Judgment in a Criminal Case for Organizational Defendants

DEFENDANT: **Evergreen United Investments, LLC., f/k/a USBREI, INC.**
CASE NUMBER: **1:19-CR-20177-RAR-2**

## SPECIAL CONDITIONS OF SUPERVISION

**Required Notification-Financial:** The Defendant Organization shall be required to notify the U.S. Probation Office immediately upon learning of any material adverse change in its business or financial condition or prospects, the commencement of any bankruptcy proceeding or any major civil litigation in excess of $25,000.

**Disclosure of Business/Financial Records:** The Defendant Organization shall make full and complete disclosure of its business finances/financial records to the U.S. Probation.

USDC FLSD 245B (Rev. 09/08) - Judgment in a Criminal Case for Organizational Defendants                          Page 4 of 5

DEFENDANT: **Evergreen United Investments, LLC., f/k/a USBREI, INC.**
CASE NUMBER: **1:19-CR-20177-RAR-2**

## CRIMINAL MONETARY PENALTIES

The Defendant Organization must pay the total criminal monetary penalties under the schedule of payments on Sheet 5.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTALS | $400.00 | 0 | $3,070,000.00 |

**If the Defendant Organization makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.**

| NAME OF PAYEE | TOTAL LOSS* | RESTITUTION ORDERED |
|---|---|---|
| Clerk, U.S. Courts | $3,070,000.00 | $3,070,000.00 |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

**Assessment due immediately unless otherwise ordered by the Court.

DEFENDANT: **Evergreen United Investments, LLC., f/k/a USBREI, INC.**
CASE NUMBER: **1:19-CR-20177-RAR-2**

## SCHEDULE OF PAYMENTS

Having assessed the Defendant Organization's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A. Lump sum payment of $400.00 due immediately.**

Unless the Court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the Court.

The Defendant Organization shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

This assessment/fine/restitution is payable to the CLERK, UNITED STATES COURTS and is to be addressed to:

**U.S. CLERK'S OFFICE**
**ATTN: FINANCIAL SECTION**
**400 NORTH MIAMI AVENUE, ROOM 08N09**
**MIAMI, FLORIDA 33128-7716**

The assessment/fine/restitution is payable immediately. The U.S. Bureau of Prisons, U.S. Probation Office and the U.S. Attorney's Office are responsible for the enforcement of this order.

**Joint and Several with Co-Defendants and Co-Conspirators**

Defendant and Co-Defendant Names and Case Numbers (including Defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

| CASE NUMBER DEFENDANT AND CO-DEFENDANT NAMES (INCLUDING DEFENDANT NUMBER) | TOTAL AMOUNT | JOINT AND SEVERAL AMOUNT |
|---|---|---|
| 1:19-CR-20177-RAR-1 Jean Joseph | $3,070,000.00 | $3,070,000.00 |
| 1:19-CR-20177-RAR-3 GSA Income and Development Fund, L.P. | $3,070,000.00 | $3,070,000.00 |

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and Court costs.